# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF Information associated with cellular device assigned with call number (251)455-2094 and international mobile subscriber identity/electronic serial number 310150706351566, that is in the custody and control of AT & T wireless** | **Case No.** 19-mj-107 <br><br> **Filed Under Seal** |

## MOTION TO SEAL SEARCH WARRANT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrant, application, affidavit, and associated documents in the above-captioned matter for thirty (30) days.

Government agents from the Drug Enforcement Administration (DEA) are currently investigating individuals suspected of alleged criminal activity. This investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States therefore requests that the search warrant, application, affidavit, and other associated documents all be sealed for thirty (30) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the thirty (30) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for thirty (30) days.

Respectfully Submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

By:   /s/ Luis F. Peral

Luis F. Peral
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845